5:22CV440

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

FILED '22 12 14 AM10:57 MDGA-MAC

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Marcus Eugene Sutton
GDC# 1000547353

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

JOSEPH POLITE
JOE WILLIAMS
GEORGE BALL
(SEE ATTACHED PAGE)

(NAME OF EACH DEFENDANT)

**Defendant(s)**

**CIVIL ACTION NO:**

## I. GENERAL INFORMATION

1. Your full name and prison number  Marcus Eugene Sutton #1000547353
2. Name and location of prison where you are now confined  GDCP/SMU Jackson, GA
3. Sentence you are now serving (how long?)  30 years
   (a) What were you convicted of?  Vol. Manslaughter, Agg. Assault (x4), Criminal Damage to Property, Riot in Penal Institution
   (b) Name and location of court which imposed sentence  Lookout mnt. Judicial Circuit, Walker County
   (c) When was sentence imposed?  November 6th, 2014
   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ☑
   (e) What was the result of your appeal? _____

1

Caption Continued...
United States District Court
For the Middle District, Macon Division

Marcus E. Sutton, Plantiff )
)
vs. )
)
Joseph Polite, Joe Williams, )    CASE No.
George Ball, Dennis Turner, )
Quintarrius Pollard, Jones, )
Robinson, Defendants )
Each in their official and )
individual capacities )
)

## Jurisdiction & Venue

This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the U.S.C. The court has jurisdiction under 28 U.S.C section 1331 & 1343 (a)(3). The Middle District is an appropiate venue under 28 U.S.C section 1391(b)(2) because it is where the events given rise to this claim occured.

2

(f) Approximate date your sentence will be completed __Nov. 2nd 2043__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes [ ]  No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

      Plaintiff(s):_____

      Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending? Yes [ ]  No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
      (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained? Yes [ ]  No [✓]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending? Yes [ ]  No [ ]

(f)   If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Special Management Unit, L-F wing cell 108

   (a) Does this institution have a grievance procedure?   Yes ☑   No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☑   No ☐   (See Exhibit #1)

   (2) If Yes, what was the result? It was responded Oct 3ᵈ 2022 with a memorandum from Warden Polite informing me due to the allegations of my grievance it was forwarded to the Criminal Investigation Divion

   (3) If No, explain why not:

4

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Verbal complaints were given to Warden Polite & Deputy Warden Williams. Letters have been sent to "OPS-CID" but have yet to be responded.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result? ___

(2) If No, explain why you did not appeal: Responce from Warden Polite that stated my grievance was formally closed and NOT APPEALABLE

10. In what other institutions have been confined? Give dates of entry and exit.

C.H. Colwell Detention Center 2011-2012, GD&CP 2012, Ware State Prison 2013 Smith State Prison 2014-2019

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

GDCP/SMU
PO Box 3877
Jackson, Ga 30233

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Joseph Polite as Warden, Joe Williams as Deputy Warden, George Ball as Deputy Warden, Dennis Turner as Unit Manager, Quintarrius Pollard as Sergeant/IRT, Jones as COI/IRT, Robinson as COI/IRT, each in his Official & Individual capacities, employees @ GDCP/SMU who at the time here mentioned acted under color of state law.

5

## V. STATEMENT OF CLAIM

**13.** In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME;** if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? Special Management Unit L-F-108

**WHEN** do you allege this incident took place? 9-1-2022

**WHAT** happened? On Sept. 1st 2022 at approx. 1:15-1:40pm, Plantiff became angry during an arguement between himself and COI Marvin Hendricks that caused Plantiff to project feces onto the officier. Making the initial use-of-force justified. However the excessiveness of the force used when officiers returned was not!

2. Plantiff was standing at his cell door when officiers/staff returned and recalls being shot in his right eye by Unit Manager D. Turner with pepperball projector without warning.

3. Plantiff then used his state issued matress to block being shot by covering the window

4. Deputy Warden of Security G.Ball arrived to Plantiffs' cell door advising him to unblock the window and to cuff up. After one more instruction, Plantiff did so. Complying!

5. Plantiff was told to face the wall. He did so.

6. While the cell door was being opened, officiers Jones, Pollard, and Robinson rushed in and began punching, kicking, stomping, and spraying Plantiff, until he went uncoincious

7. While on the floor, plantiff Sutton regained conciouness but recalls still being punched kicked, stomped, sprayed and having feces in his mouth. Unsure of how or who did it.

8. After a minute or so of being beaten while still in restraints, Plantiff recalls hearing

(SEE ATTACHMENT)

6

# V. Statement Of Claim Continued...

8) Deputy Warden Ball tell IRT officers "that's enough, shakle him and bring him out" but they refused and continued their assault.

9) After another verbal instruction from D.W. Ball, plantiff was shakled, stood up and had his head rammed into the brick wall, caused him to go limp but not out.

10) Plantiff was too weak to walk but managed to regain his footing and made it to medical.

11) Once in medical, the nurse paniced and told Ball & Turner that "he's going to have to go to the ER" and then she began to try to stop the bleeding as much as she could.

12) While waiting on EMT to arrive plantiff recalls hearing D.W. Williams in the hallway bragging " they got his ass real good, he won't be throwing shit no time soon."

13) While waiting to be taken to the hospital, plantiff went into an seizure as officers just sat there and did nothing to assist the nurse roll me on my side.

14) EMT arrived, plantiff was put on an strecher and was taken to Spalding Regional Hospital, by B. Wellmaker, K. Strickland & C. Roberts

15) While riding to the hospital, plantiff went out 3 to 5 times causing the ambulance to speed through traffic.

16) Once at the hospital plantiff had a CAT scan, MRI and 13 stitchs to close the gash over his right eye.

17) Plantiff was released and sent back to the prison where he was denied a decontamination shower which is required by law after uses of pepper/OC spray, by Lt. Jordan

18) Plantiff was taken to A-108 to be placed on displinary strip cell which is only supposed to last 8 hours.

19) Once in A wing, an OPS agent arrived to take pictures of the plantiff, and get an statement for his investigation.

20) After plantiff gave his statement he was placed in cell 108.

21) The next day (9-2-22) D.W. Williams came to see plantiff and told plantiff that he's going to leave plantiff on strip cell for a few more day to let him think about his actions.

22) Plantiff spent the next 5 nights in A-108 to endure frigid tempertures and sleep on concrete with no clothing or mattress with no running water.

23) Plantiff was taken back to cell F-108 9-6-22 at/about 5pm where his property was gone and placed back on strip cell and spent the next 6 days with no mattress.

24) Seeing that officers/staff was tourturing him, plantiff took a handfull of pills attempting to kill himself.

25) Plantiff was taken to medical where he was sent to the hospital Spalding Regional for treatment.

26) Plantiff was released 4 hours later where he was sent back to the prison.

27) Plantiff was placed back in F-108 with no property or mattress in frigid cold.

28) Plantiff had an attorney visit from Vanessa Carroll from the Southern Center for Human Rights after recieving letters from inmates about the assault. But was denied to see her due to his injuries to cover up as much as they could.

29) Plantiff head was swollen for 19 days and eyes were both blacked for 24 days. Plantiff has a permanet scar over his right eye and his seizures have been uncontrollable and has had high blood pressure since the assault and his medical file will prove it.

9

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

John Trimier, Johnny Carter, Christopher Clark & all inmates who were housed in Ewing during the time and date described in Section V. Also the inmates who were on table-time are also eye witnesses to the excessive use-of-force. Video Footage will corroborate allegations as well.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Plantiff prays for declaratory relief. He seeks for a permanent relief to prevent further abuse & medical indiffrences. He prays for compensatory & punitive damages from each defendant Jointly & Severally. Plantiff seeks recovery of cost and any additional relief this court deems Just, Proper, & Equitable.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 6th day of December, 2022.

Marcus C. Sutton
PLAINTIFF

10