US District Court
Of Middle District Georgia
Macon Division

Marcus E. Sutton, Plantiff )
    vs. )
Joseph Polite, Joe Williams )
George Ball, Dennis Turner )
Quintarrius Pollard, Jones, )
Robinson. )
Each in their official & )
individual capacities )

Summons

CASE NO.

## To The Above Named Defendants

You are hereby summoned & required to to serve upon plantiff whose address in GDCP/SMU 2978 Hwy 36 West Prison Blvd. Jackson, GA, 30233 an answer to the complaint that is here with served upon you, within 20 days after service upon you, exclusive the day of service, or 60 days if the U.S. Gov or officer/agent thereof is a defendant. If you fail to do so Judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of Court:
Date: