(Exhibit #1)

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: Sutton, Marcus    GDC I.D. #: 1000547353

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE

DATE: 4/8/22    COUNSELOR'S SIGNATURE: [signature]

Form PI-2001

Retention Schedule: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.