(Exhibit #2)

SOP 227.02
Attachment 6
5/10/19



## GEORGIA DEPARTMENT OF CORRECTIONS



**Brian P. Kemp**
*Governor*

**Timothy C. Ward**
*Commissioner*

## Accepted: Notification of Referral to the Criminal Investigations Division (OPS)

TO: Offender Name, GDC# 1000547353
    Marcus Sutton       Facility/Center SMU

FROM: Warden/Superintendent
      Joseph Polite       Facility/Center

RE: GRIEVANCE # 343611

This memorandum is in response to your grievance that was filed on 9/7/22_____. Upon review, it has been determined that due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on 10/4/22_____ for review. The Criminal Investigations Division will determine what action is appropriate. As a result, this letter serves as the formal response to your grievance and effectively closes your grievance. Although this letter effectively closes your grievance, the investigative process will continue. The decision to forward your grievance to the Criminal Investigations Division and to close your grievance is not appealable.

You will be notified upon the completion of the investigation by The Criminal Investigations Division.

_____        10-3-22
Warden/Superintendent                 Date


_____        _____
Offender        GDCID#                Date


Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.