MARCOS E. SUTTON
GDC # 1000547353
GD-CP-SMU/Hi-MAX
PO BOX 3877
Jackson GA. 30233

CLERK'S OFFICE
U.S. DISTRICT COURT
PO BOX 128
MACON GA. 31202



TTON
17353
-max
33

Clerk's Office
U.S. District Court
Po Box 128
Macon Ga. 31202

FILED '22 12 14 AM 10:57 USDC-MDG

