IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARCUS EUGENE SUTTON,, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-CV-440-CAR-CHW |
| | * |
| Warden JOSEPH POLITE, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# J U D G M E N T

Pursuant to this Court's Order dated September 1, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of September, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk